Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LEANNE MARIE STOUGHTON, individually and as personal representative of the ESTATE OF JOSHUA RANDOLPH PETTY, deceased,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLALLAM COUNTY,<br><br>　　　　　Defendant. | CASE NO.  C08-5178 RJB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES AND TO FILE JOINT STATUS REPORT AND PROPOSED ORDER** |

　　COME NOW the parties hereto, through their respective counsel, and represent in good faith that, due to defendant's counsel's unavailability from June 16-23, 2008, and due to plaintiff's counsel's busy case schedule during the same time period, a short extension of time is warranted in which the parties may exchange initial disclosures and file their Joint Status Report ("JSR") with this Court.  The parties have been working diligently and cooperatively in proceeding with this matter to date, and have made every effort to comply with the Court's deadlines.

　　THEREFORE, the parties now respectfully request that this Court extend the initial disclosure and JSR deadlines by one week as follows:

Stipulation - 1

Proposed Order for Extension of Time

PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.

2112 Third Avenue, Suite 500
Seattle · WA · 98121 Tel. 206.462.6700 · Fax 206.462.6701

|  | Current Deadline | New Deadline |
|---|---|---|
| **Initial Disclosures** | 6/17/2008 | 6/24/2008 |
| **JSR Deadline** | 6/24/2008 | 7/02/2008 |

A proposed Order Extending the Initial Disclosures and JSR Deadlines accompanies this Stipulated Request.

DATED this  5th  day of June, 2008.

PATTERSON BUCHANAN  
FOBES LEITCH & KALZER, INC., P.S.

By:  /s/ Sarah S. Mack  
Michael A. Patterson, WSBA No. 7976  
Sarah Spierling Mack, WSBA No. 32853  
2112 Third Ave., Suite 500  
Seattle, WA 98121  
(206) 462-6700  
Attorneys for Defendant

SHAFER, MOEN, & BRYAN, P.S.

By:  /s/ Robert S. Bryan  
Robert S. Bryan, WSBA No. 0422  
1325 Fourth Ave., Suite 940  
Seattle, WA 98101  
(206) 624-7460  
Attorney for Plaintiff

Stipulation - 2

Proposed Order for Extension of Time

**PATTERSON BUCHANAN**  
**FOBES LEITCH & KALZER, INC., P.S.**

2112 Third Avenue, Suite 500  
Seattle · WA · 98121 Tel. 206.462.6700 · Fax 206.462.6701

**ORDER**

HAVING reviewed the parties' Stipulated Request for an Extension of the Initial Disclosures and JSR Deadlines in this matter, and having found good cause for such extension of time, the Court hereby GRANTS the parties' Request.

The initial disclosures and JSR deadlines are now RESET as follows:

**New Deadline**

Initial Disclosures        6/24/2008

JSR Deadline              7/02/2008

DATED this 5th day of June, 2008.

/s/ROBERT J. BRYAN
ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Stipulation - 3

Proposed Order for Extension of Time

PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.

2112 Third Avenue, Suite 500
Seattle WA 98121 Tel. 206.462.6700 Fax 206.462.6701